BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
Besshelena@earthlink.net
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIE WOOLSEY, ) | Case No. 18-cv-924 EFB |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION FOR EXTENSION** |
| ) | **OF TIME TO FILE OPENING** |
| v. ) | **BRIEF, DECLARATION, AND ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ACTING COMMISSIONER OF SSA, ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiff hereby moves the Court for an extension of time to January 29, ~~2018~~ 2019, to file her Summary Judgment Motion pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure. This motion is based on the entire record in this case including the declaration of plaintiff's counsel as set forth below.

**MOTION**

Plaintiff respectfully requests that the Court permit counsel to file her Summary Judgment Memorandum on January 29, 2019, pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure. Rule 6(4)(b). Plaintiff's motion was due November 9, 2018, but due to counsel's "inadvertence, mistake and excusable neglect" the brief was not timely filed. Ms. Woolsey's case fell through the cracks along with Ms. Rioux's case. Both cases were produced the same day but

Counsel just became aware of the oversight. The record was produced September 12, 2018, and her brief was due October 27, 2018. Counsel, however, did not realize the record had been produced until today while performing a review of her open cases. *See*, Declaration of Bess M. Brewer. Counsel apologizes to the court for her oversight and for not timely filing Ms. ~~Rioux~~ Woolsey's summary judgment motion.

Dated: January 14, 2019          LAW OFFICE OF
BESS M. BREWER

By: */S/ BESS M. BREWER*
BESS M. BREWER
Attorney for Plaintiff

## DECLARATION OF BESS M. BREWER

I, Bess M. Brewer, Declare:

1. I am an attorney licensed to practice law in California and am admitted to practice before this Court. I represent the plaintiff in the above referenced case and submit this declaration in support of plaintiff's motion for leave to file her brief late.

2. Plaintiff's motion for summary judgment was due October 27, 2018. When reviewing my cases today, January 14, 2019, I noted the age of Ms. Woolsey's case and wondered why the record had not been produced. Upon checking, I realized it had been produced September 12, 2018. I did not realize the record had been produced, and as a result, failed to calendar the due date for her summary judgment motion.

3. I request that the court permit me to file Ms. Woolsey's Summary Judgment

on January 29, 2019.

4. I apologize to the Court for my failure to timely file Ms. ~~Rouix~~ Woolsey's opening brief. Opposing Counsel has been emailed this motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on January 14, 2019, Sacramento County, California.

/s/ Bess M. Brewer

BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 18, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE