MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8963
   Facsimile: (415) 744-0134
   E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGIE WOOLSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | CIVIL NO. 2:18-cv-00924-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between Virgie Woolsey ("Plaintiff") and Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motion. The current due date is February 27, 2019, and the new due date would be March 28, 2019. Any reply would be due on April 11, 2019. This is Defendant's first request for an extension of time and the second request for an extension of time in the above-captioned matter. Defendant requests this additional because she is currently considering the voluntary remand of this action without further briefing by the parties but

need additional time to adequately consider the issues that Plaintiff raises in her motion for summary judgment.

Respectfully submitted,

Dated: February 25, 2019      LAW OFFICE OF BESS M. BREWER

By: /s/ *Bess M. Brewer*\*
BESS M. BREWER
(*As authorized by email on February 25, 2019)
Attorneys for Plaintiff

Dated: February 25, 2019      MCGREGOR W. SCOTT
Acting United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before March 28, 2019. Plaintiff shall file any reply thereto on or before April 11, 2019.

DATED: February 27, 2019.      _____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE