UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIE WOOLSEY, | No.  2:18-cv-924-EFB |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

After this case was remanded for further proceedings, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act.  ECF No. 23.  As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion.  Accordingly, it is hereby ORDERED that, within 14 days of this order, defendant shall file either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED:  April 14, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE